**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-cr-80187-Artau/Reinhart
21 U.S.C. § 841(a)(1)
21 U.S.C. § 843(a)(3)
18 U.S.C. § 1028(a)(7)

**UNITED STATES OF AMERICA**

**vs.**

**ANTONIO ARMANDO PARRA,**

**Defendant.**
______________________________________/

FILED BY TM D.C.
Aug 28, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**INFORMATION**

The United States Attorney charges that:

**COUNT 1**
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about September 1, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Methylphenidate, a Schedule II controlled substance.

**COUNT 2**
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about September 1, 2021, in Palm Beach County, in the Southern District of Florida,

the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Oxycodone Hydrochloride, a Schedule II controlled substance.

**COUNT 3**
**Distribution of a Controlled Substance**
**21 U.S.C. § 841(a)(1)**

On or about March 29, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Oxycodone-Acetaminophen, a Schedule II controlled substance.

**COUNT 4**
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about March 29, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Oxycodone-Acetaminophen, a Schedule II controlled substance

**COUNT 5**
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about April 29, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Oxycodone-Acetaminophen, a Schedule II controlled substance.

**COUNT 6**
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about April 29, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Oxycodone-

Acetaminophen, a Schedule II controlled substance

**<u>COUNT 7</u>**
**Obtaining a Controlled Substance by Fraud**
**(21 U.S.C. § 843(a)(3))**

On or about August 30, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly and intentionally acquire and obtain possession of a controlled substance, that is, Hydromorphone, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, in violation of Title 21, United States Code, Section 843(a)(3) and (d)(1).

**<u>COUNT 8</u>**
**Obtaining a Controlled Substance by Fraud**
**(21 U.S.C. § 843(a)(3))**

On or about November 2, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly and intentionally acquire and obtain possession of a controlled substance, that is, Dextroamp-Amphetamin, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, in violation of Title 21, United States Code, Section 843(a)(3) and (d)(1).

**<u>COUNT 9</u>**
**Obtaining a Controlled Substance by Fraud**
**(21 U.S.C. § 843(a)(3))**

On or about November 3, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly and intentionally acquire and obtain possession of a controlled substance, that is, Oxycodone Hydrochloride, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, in violation of Title 21, United States Code, Section 843(a)(3) and (d)(1).

**COUNT 10**
**Obtaining a Controlled Substance by Fraud**
**(21 U.S.C. § 843(a)(3))**

On or about February 15, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly and intentionally acquire and obtain possession of a controlled substance, that is, Hydromorphone, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, in violation of Title 21, United States Code, Section 843(a)(3) and (d)(1).

**COUNT 11**
**Obtaining a Controlled Substance by Fraud**
**(21 U.S.C. § 843(a)(3))**

On or about June 7, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly and intentionally acquire and obtain possession of a controlled substance, that is, Dextroamp-Amphetamin, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, in violation of Title 21, United States Code, Section 843(a)(3) and (d)(1).

**COUNT 12**
**Obtaining a Controlled Substance by Fraud**
**(21 U.S.C. § 843(a)(3))**

On or about June 7, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly and intentionally acquire and obtain possession of a controlled substance that is, Morphine, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, in violation of Title 21, United States Code, Section 843(a)(3) and (d)(1).

**COUNT 13**
**Obtaining a Controlled Substance by Fraud**
**(21 U.S.C. § 843(a)(3))**

On or about August 29, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly and intentionally acquire and obtain possession of a controlled substance that is, Hydromorphone, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, in violation of Title 21, United States Code, Section 843(a)(3) and (d)(1).

**COUNT 14**
**Unlawful Possession and Use of a Means of Identification**
**18 U.S.C. § 1028(a)(7)**

On or about March 30, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTONIO ARMANDO PARRA,**

did knowingly possess and use, without lawful authority, a means of identification another person, that is, a Drug Enforcement Administration registration number issued to R.S., with the intent to commit and to aid and abet, and in connection with, any unlawful activity that constitutes a violation of Federal law, that is, Title 21, United States Code, Section 841(a)(1), distribution of a controlled substance, in violation of Title 18, United States Code, Section 1028(a)(7), and 2.

**FORFEITURE ALLEGATIONS**

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ANTONIO ARMANDO PARRA**, has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1) or Section 843, as alleged in this Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853.

Virgil Valdes FOR

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Violette Bishai

VIOLETTE BISHAI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.:** ______________________

**v.**

**ANTONIO ARMANDO PARRA**

______________________/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami ☐ Key West ☑ FTP
☐ FTL ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ______________
4. This case will take 5 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☑ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☑ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ______________ Case No. ______________
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge ______________ Magistrate Case No. ______________
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ______________ Case No. ______________
9. Defendant(s) in federal custody as of ______________
10. Defendant(s) in state custody as of ______________
11. Rule 20 from the __________ District of __________
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No
17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

By: ______________________

VIOLETTE BISHAI
Assistant United States Attorney
Florida Bar No. 1044298

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Antonio Armando Parra

**Case No**: ______

Counts: 1 through 6

Distributing a Controlled Substance

Title 21, United States Code, Section 841 (a)(1) and 841(b)(1)(C)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $1,000,000
* **Special Assessment:** $100 upon conviction

---

Counts: 7 through 13

Obtaining a Controlled Substance by Fraud

Title 21, United States Code, Section 843(a)(3) and (d)(1)
* **Max. Term of Imprisonment:** 4 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** up to 1 year
* **Max. Fine:** $250,000
* **Special Assessment:** $100 upon conviction

---

Count: 14

Unlawful Possession and Use of a Means of Identification

Title 18 United States Code Section 1028(a)(7), 1028(c)(3)(A), and 1028(b)(3)(A)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** up to 3 years
* **Max. Fine:** $250,000
* **Special Assessment:** $100 upon conviction

---

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
ANTONIO ARMANDO PARRA
*Defendant.*

Case No. 26-cr-80187-Artau/Reinhart

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ____________________

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name of defendant's attorney*

*Judge's signature*

U.S. Magistrate Judge
*Judge's printed name and title*